

'08 CIV 5239

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SWISS MARINE SERVICES S.A.,

        Plaintiff,

- against -

HERMITAGE UK LTD. and HERMITAGE
RESOURCES LIMITED,

        Defendants.

------------------------------------------------------------X

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 9, 2008
       New York, NY

                The Plaintiff,
                SWISS MARINE SERVICES S.A.,

                By: _____
                Patrick F. Lennon
                Coleen A. McEvoy
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                pfl@lenmur.com
                cam@lenmur.com