CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

SWISS MARINE SERVICES S.A.,      :

     :

     :

                Plaintiff,      :     **08-CV-5239**

     :

                   v.      :     **NOTICE OF**

     :     **APPEARANCE**

HERMITAGE UK LTD. and HERMITAGE      :
RESOURCES LIMITED,      :

     :

     :

                Defendants.      :

----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

           Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
        June 30, 2008

                       CLARK, ATCHESON & REISERT
                       Attorneys for Garnishee
                       Societe Generale New York Branch

By:                                 
                       Richard J. Reisert (RR-7118)
                       7800 River Road
                       North Bergen, NJ 07047
                       Tel: (201) 537-1200
                       Fax: (201) 537-1201
                       Email: reisert@navlaw.com